# United States Court of Appeals
## For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 24-7166** | **September Term, 2024** |
| | 1:23-cv-02701-RC |
| | Filed On: December 5, 2024 [2088138] |

Blasket Renewable Investments LLC,

    Appellee

  v.

Kingdom of Spain,

    Appellant

------------------------------

Consolidated with 24-7182

# O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

               BY:    /s/
                          Laura M. Morgan
                          Deputy Clerk